NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**DOUGLAS R. BIGELOW TRUST, JAMIE MORTENSON, BETTY COFFIN, RONALD COFFIN, JANICE M. DONNAN, ELWELL FARMS, LLC, CLYDE CREQUE, MARY CREQUE, IRVING HALE, MARY HALE, CARRIE JONES, RICHARD JONES, DIANA MALLORY, LARRY MALLORY, KAREN MCLAUGHLIN, AND TIM MCLAUGHLIN,**
*Plaintiffs,*

**AND**

**MARY LOU FEICHTENBINER TRUST,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

———————————

2013-5114

———————————

Appeal from the United States Court of Federal Claims in No. 09-CV-0460, Judge Francis M. Allegra.

———————————

**ON MOTION**

———————————

2                    DOUGLAS R. BIGELOW TRUST v. US

### O R D E R

Mary Lou Feichtenbiner Trust moves without opposition to voluntarily dismiss the above-captioned appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.


FOR THE COURT


/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


s21


ISSUED AS A MANDATE: February 24, 2014